

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|---|---|---|---|---|---|
| CQX | 109514 | 000011 | | 0000180506 | 1 |

# Earnings Statement 

KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Period Beginning: 04/12/2025
Period Ending: 04/25/2025
Pay Date: 05/02/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

PAIGE A BUCK
318 SPRUCE STREET
MOOSIC PA 18507

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.7500 | 72.25 | 1,282.44 | 5,723.32 |
| Pto | | | | 542.50 |
| **Gross Pay** | | | **$1,282.44** | 6,265.82 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -65.63 | 305.18 |
| | Medicare Tax | -15.35 | 71.37 |
| | PA State Income Tax | -32.50 | 151.13 |
| | Scranton Cit Income Tax | -10.59 | 49.24 |
| | Scranton Cit Local Svc Tax | -6.00 | 36.00 |
| | PA SUI Tax | -0.90 | 4.39 |
| | **Other** | | |
| | Dental High | -23.92* | 143.52 |
| | Health Ins | -200.00* | 1,200.00 |
| | 401K | -64.12* | 313.29 |
| | 401K Loan | -54.47 | 326.82 |
| | **Net Pay** | **$808.96** | |
| | Direct Deposit | -808.96 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer-Life I | 1.74 | |
| Er Medical | 910.49 | |
| Max Elig/Comp | 1,282.44 | 6,265.82 |
| 401K Elig Earns | 1,282.44 | 6,265.82 |
| 401K Er Match | 51.30 | 250.64 |
| 401K Hours Work | 72.25 | 354.00 |
| Totl Hrs Worked | 72.25 | |

**Important Notes**
COMPANY PH#: 570-702-8000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA: Single
Exemptions/Allowances:
 PA: 0

* Excluded from federal taxable wages
Your federal taxable wages this period are $994.40



---

KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Advice number: 00000180506
Pay date: 05/02/2025

Deposited to the account of
PAIGE A BUCK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx8408 | xxxx xxxx | $808.96 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| | CO. | FILE | DEPT. | CLOCK | VCHR. NO | 056 |
|---|---|---|---|---|---|---|
| | CQX | 109514 | 000011 | | 0000220552 | 1 |

# Earnings Statement 



KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Period Beginning: 05/10/2025
Period Ending: 05/23/2025
Pay Date: 05/30/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

PAIGE A BUCK
318 SPRUCE STREET
MOOSIC PA 18507

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.7500 | 80.00 | 1,420.00 | 8,359.20 |
| Overtime | 26.6250 | .50 | 13.32 | 13.32 |
| Pto | | | | 542.50 |
| **Gross Pay** | | | **$1,433.32** | 8,915.02 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -74.99 | 441.67 |
| | Medicare Tax | -17.53 | 103.29 |
| | PA State Income Tax | -37.13 | 218.71 |
| | Scranton Cit Income Tax | -12.09 | 71.25 |
| | Scranton Cit Local Svc Tax | -6.00 | 48.00 |
| | PA SUI Tax | -1.00 | 6.24 |
| | **Other** | | |
| | Dental High | -23.92* | 191.36 |
| | Health Ins | -200.00* | 1,600.00 |
| | 401K | -71.00* | 445.08 |
| | 401K Loan | -54.47 | 435.76 |
| | **Net Pay** | | **$935.19** |
| | Direct Deposit | -935.19 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer-Life I | 1.74 | |
| Er Medical | 910.49 | |
| Max Elig/Comp | 1,420.00 | 8,901.70 |
| Prem Ot | 4.44 | |
| Straight Ot | 8.88 | |
| 401K Elig Earns | 1,420.00 | 8,901.70 |
| 401K Er Match | 56.80 | 356.07 |
| 401K Hours Work | 80.50 | 503.00 |
| Totl Hrs Worked | 80.50 | |

**Important Notes**
COMPANY PH#: 570-702-8000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: 0

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,138.40

---



KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Advice number: 00000220552
Pay date: 05/30/2025

Deposited to the account of
PAIGE A BUCK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx8408 | xxxx xxxx | $935.19 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| CQX | 109514 | 000011 | | 0000200498 | 1 |

# Earnings Statement





KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Period Beginning: 04/26/2025
Period Ending: 05/09/2025
Pay Date: 05/16/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

PAIGE A BUCK
318 SPRUCE STREET
MOOSIC PA 18507

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.7500 | 68.50 | 1,215.88 | 6,939.20 |
| Pto | | | | 542.50 |
| **Gross Pay** | | | **$1,215.88** | 7,481.70 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -61.50 | 366.68 |
| | Medicare Tax | -14.39 | 85.76 |
| | PA State Income Tax | -30.45 | 181.58 |
| | Scranton Cit Income Tax | -9.92 | 59.16 |
| | Scranton Cit Local Svc Tax | -6.00 | 42.00 |
| | PA SUI Tax | -0.85 | 5.24 |
| Other | | | |
| | Dental High | -23.92* | 167.44 |
| | Health Ins | -200.00* | 1,400.00 |
| | 401K | -60.79* | 374.08 |
| | 401K Loan | -54.47 | 381.29 |
| **Net Pay** | | | **$753.59** |
| | Direct Deposit | -753.59 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer-Life I | 1.74 | |
| Er Medical | 910.49 | |
| Max Elig/Comp | 1,215.88 | 7,481.70 |
| 401K Elig Earns | 1,215.88 | 7,481.70 |
| 401K Er Match | 48.63 | 299.27 |
| 401K Hours Work | 68.50 | 422.50 |
| Totl Hrs Worked | 68.50 | |

**Important Notes**
COMPANY PH#: 570-702-8000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: 0

\* Excluded from federal taxable wages
Your federal taxable wages this period are $931.17

---



KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Advice number: 00000200498
Pay date: 05/16/2025

Deposited to the account of
PAIGE A BUCK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx8408 | xxxx xxxx | $753.59 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|---|---|---|---|---|---|
| CQX | 109514 | 000011 | | 0000240494 | 1 |

# Earnings Statement



KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Period Beginning: 05/24/2025
Period Ending: 06/06/2025
Pay Date: 06/13/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

PAIGE A BUCK
318 SPRUCE STREET
MOOSIC PA 18507

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.7500 | 46.00 | 816.50 | 9,175.70 |
| Overtime | | | | 13.32 |
| Pto | | | | 542.50 |
| **Gross Pay** | | | **$816.50** | 9,731.52 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Social Security Tax | -36.74 | 478.41 |
| Medicare Tax | -8.60 | 111.89 |
| PA State Income Tax | -18.19 | 236.90 |
| Scranton Cit Income Tax | -5.93 | 77.18 |
| Scranton Cit Local Svc Tax | -6.00 | 54.00 |
| PA SUI Tax | -0.57 | 6.81 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental High | -23.92* | 215.28 |
| Health Ins | -200.00* | 1,800.00 |
| 401K | -40.83* | 485.91 |
| 401K Loan | -54.47 | 490.23 |
| **Net Pay** | **$421.25** | |
| Direct Deposit | -421.25 | |
| **Net Check** | **$0.00** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Employer-Life I | 1.74 | |
| Er Medical | 910.49 | |
| Max Elig/Comp | 816.50 | 9,718.20 |
| 401K Elig Earns | 816.50 | 9,718.20 |
| 401K Er Match | 32.66 | 388.73 |
| 401K Hours Work | 46.00 | 549.00 |
| Totl Hrs Worked | 46.00 | |

### Important Notes
COMPANY PH#: 570-702-8000

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: 0

\* Excluded from federal taxable wages
Your federal taxable wages this period are $551.75

---

KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Advice number: 00000240494
Pay date: 06/13/2025

Deposited to the account of
PAIGE A BUCK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx8408 | xxxx xxxx | $421.25 |



**NON-NEGOTIABLE**

| | CO | FILE | DEPT | CLOCK | VCHR NO | 056 |
|---|---|---|---|---|---|---|
| | CQX | 109514 | 000011 | | 0000260496 | 1 |

# Earnings Statement





KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Period Beginning: 06/07/2025
Period Ending: 06/20/2025
Pay Date: 06/27/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

PAIGE A BUCK
318 SPRUCE STREET
MOOSIC PA 18507

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.7500 | 72.00 | 1,278.00 | 10,453.70 |
| Overtime | | | | 13.32 |
| Pto | | | | 542.50 |
| **Gross Pay** | | | **$1,278.00** | 11,009.52 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -65.35 | 543.76 |
| Medicare Tax | | -15.28 | 127.17 |
| PA State Income Tax | | -32.36 | 269.26 |
| Scranton Cit Income Tax | | -10.54 | 87.72 |
| Scranton Cit Local Svc Tax | | -6.00 | 60.00 |
| PA SUI Tax | | -0.90 | 7.71 |
| **Other** | | | |
| Dental High | | -23.92* | 239.20 |
| Health Ins | | -200.00* | 2,000.00 |
| 401K | | -63.90* | 549.81 |
| 401K Loan | | -54.47 | 544.70 |
| **Net Pay** | | **$805.28** | |
| Direct Deposit | | -805.28 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer-Life I | 1.74 | |
| Er Medical | 910.49 | |
| Max Elig/Comp | 1,278.00 | 10,996.20 |
| 401K Elig Earns | 1,278.00 | 10,996.20 |
| 401K Er Match | 51.12 | 439.85 |
| 401K Hours Work | 72.00 | 621.00 |
| Totl Hrs Worked | 72.00 | |

**Important Notes**
COMPANY PH#: 570-702-8000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: 0

* Excluded from federal taxable wages
Your federal taxable wages this period are $990.18

---



KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Advice number: 00000260496
Pay date: 06/27/2025

Deposited to the account of
PAIGE A BUCK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx8408 | xxxx xxxx | $805.28 |

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|---|---|---|---|---|---|
| CQX | 109514 | 000011 | | 0000280488 | 1 |

# Earnings Statement 

KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Period Beginning: 06/21/2025
Period Ending: 07/04/2025
Pay Date: 07/11/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

PAIGE A BUCK
318 SPRUCE STREET
MOOSIC PA 18507

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.7500 | 72.00 | 1,278.00 | 11,731.70 |
| Overtime | 26.6250 | .25 | 6.66 | 19.98 |
| Pto | | | | 542.50 |
| **Gross Pay** | | | **$1,284.66** | 12,294.18 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | -65.77 | | 609.53 |
| Medicare Tax | -15.38 | | 142.55 |
| PA State Income Tax | -32.56 | | 301.82 |
| Scranton Cit Income Tax | -10.61 | | 98.33 |
| Scranton Cit Local Svc Tax | -6.00 | | 66.00 |
| PA SUI Tax | -0.90 | | 8.61 |
| Other | | | |
| Dental High | -23.92* | | 263.12 |
| Health Ins | -200.00* | | 2,200.00 |
| 401K | -63.90* | | 613.71 |
| 401K Loan | -54.47 | | 599.17 |
| **Net Pay** | | | **$811.15** |
| Direct Deposit | -811.15 | | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employer-Life I | 1.74 | |
| Er Medical | 910.49 | |
| Max Elig/Comp | 1,278.00 | 12,274.20 |
| Prem Ot | 2.22 | |
| Straight Ot | 4.44 | |
| 401K Elig Earns | 1,278.00 | 12,274.20 |
| 401K Er Match | 51.12 | 490.97 |
| 401K Hours Work | 72.25 | 693.25 |
| Totl Hrs Worked | 72.25 | |

**Important Notes**
COMPANY PH#: 570-702-8000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:       Single
Exemptions/Allowances:
  PA:       0

* Excluded from federal taxable wages
  Your federal taxable wages this period are $996.84

---

KEYSTONE COMMUNITY RESOURCES, INC.
100 ABINGTON EXECUTIVE PARK SUITE B
CLARKS SUMMIT, PA 18411

Advice number: 00000280488
Pay date: 07/11/2025

Deposited to the account of
PAIGE A BUCK

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxxxxxx8408 | xxxx | xxxx | $811.15 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE