| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor | Paige | Alivia | Buck |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse If filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Middle District of Pennsylvania | | | |
| Case number (If known) | 5:25-bk-01928-MJC | | |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Bob's Discount Furniture and Mattress Store<br>Name<br>3420 Wilkes Barre Twp Commons<br>Number    Street<br>Wilkes Barre    PA    18702<br>City    State    ZIP Code | Rental agreement for household furniture. |
| 2.2 | AT&T<br>Name<br>2270 Lakeside Blvd. 7th Floor<br>Number    Street<br>Richardson    TX    75082<br>City    State    ZIP Code | Wireless service agreement |
| 2.3 | Name<br>Number    Street<br>City    State    ZIP Code | |
| 2.4 | Name<br>Number    Street<br>City    State    ZIP Code | |
| 2.5 | Name<br>Number    Street<br>City    State    ZIP Code | |

Official Form 106G     Schedule G: Executory Contracts and Unexpired Leases     page 1 of 1