Certificate Number: 01721-PAM-DE-039991535

Bankruptcy Case Number: 25-01928


01721-PAM-DE-039991535

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on August 13, 2025, at 10:30 o'clock PM EDT, Paige Buck completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 18, 2025    By: /s/Robin Vasselo

Name: Robin Vasselo

Title: Counselor