United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01928-MJC |
| Paige Alivia Buck | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 01, 2025      Form ID: nttext      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Shelby Mashigian, Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 01 2025 18:47:00 | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul J. LaBelle | on behalf of Debtor 1 Paige Alivia Buck pjlesq@gmail.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|:---:|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Paige Alivia Buck     Chapter 7

**Debtor 1**     Case number 5:25−bk−01928−MJC

## Notice

Notice: There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry #24. Section 6 of the Cover Sheet and 6f−6h have not been completed and nos. 7−9 and 11 have not been answered. Please complete and resubmit. Please review the noted discrepancy for accuracy. If the information you provided is not accurate, please refile or amend your document. (RE: related document(s)24). (Ratchford, Patricia)

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 1, 2025 |

Notice Text Entries (Form nttext) (3/20)