LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Paige Alivia Buck

CHAPTER __7__

CASE NO. _5_ - _25_ -bk- 01928-MJC

**Debtor(s)**
Paige Alivia Buck

ADVERSARY NO. __-__ -ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Toyota Motor Credit Corporation

Nature of Proceeding: Request to Continue Reaffirmation Hearing

**Defendant(s)/Respondent(s)**

Document #: _____

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Counsel for the Debtor is unavailable on the currently scheduled date due to a prior commitment. The Debtor through Counsel, respectfully requests a continuance to a later date so that Counsel may appear and fully represent the Debtor's interest at the Reaffirmation hearing. Counsel for the opposing party has been contacted and has stated they do not oppose this request.
Debtor's Counsel intends to file a separate request under L.B.R. 9074-1 for permission to appear via Zoom at the rescheuled hearing.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 10-23-25

Attorney for Paige Alivia Buck
Name: Paul J. LaBelle, Esquire
Phone Number: (570) 504-0880

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.