# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| PAIGE ALIVIA BUCK | Chapter 7 |
| Debtor | Case No. 5:25-bk-01928-MJC |

### REQUEST TO APPEAR VIA ZOOM

(Pursuant to L.B.R. 9074-1)

1. The Debtor has a reaffirmation hearing to be rescheduled in this matter.

2. Counsel for the Debtor respectfully requests that the hearing be conducted via Zoom for convenience and efficiency, as a virtual format would facilitate participation by all parties and conserve time and resources.

3. No party will be prejudiced by allowing the hearing to proceed via Zoom.

**WHEREFORE**, the Debtor, by and through undersigned counsel, respectfully requests that the Court permit appearance via Zoom at the reaffirmation hearing.

Respectfully Submitted,
**Paul J. LaBelle & Associates, LLC**

Paul J. LaBelle, Esquire