UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: : CHAPTER 7

PAIGE ALIVIA BUCK :

    Debtor : CASE NO. 5:25-bk-01928-MJC

:

:

## NOTICE OF MOTION
## TO APPROVE MORTGAGE LOAN MODIFICATION AGREEMENT

NOTICE IS HEREBY GIVEN that the Debtor has filed a Motion to Approve Mortgage Loan Modification Agreement with LoanCare LLC, as Agent under Limited POA for Lakeview Loan Servicing, LLC.

Any objection or response to the Motion must be filed with the Court and served on counsel for the Debtor within Twenty-One (21) days from the date of this Notice.

If no objection or response is filed, the Court may grant the relief requested without a hearing.

                                         Respectfully submitted,
                                         Paul J. LaBelle & Associates, LLC

                                       Paul J. LaBelle, Esquire
                                       3703 Birney Avenue
                                       Moosic, PA 18507
                                       (570) 504-0880
                                       pjlesq@gmail.com
                                       Counsel for Debtor

Date: 11-3-25

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| PAIGE ALIVIA BUCK | : | |
| Debtor | : | CASE NO. 5:25-bk-01928-MJC |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3 day of November, 2025, I electronically filed the foregoing Motion to Approve Mortgage Loan Modification and proposed Order with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties registered to receive electronic notice, including the Chapter 7 Trustee, the Office of the U.S. Trustee, and counsel for LoanCare LLC, as Agent under Limited POA for Lakeview Loan Servicing, LLC.

Respectfully submitted,
Paul J. LaBelle & Associates, LLC

Paul J. LaBelle, Esquire
3703 Birney Avenue
Moosic, PA 18507
(570) 504-0880
pjlesq@gmail.com
Counsel for Debtor