# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

PAIGE ALIVIA BUCK              Chapter 7
Debtor                      Case No. 5:25-bk-01928-MJC

### REQUEST TO APPEAR VIA ZOOM

(Pursuant to L.B.R. 9074-1)

1. The Debtor has a reaffirmation hearing scheduled for December 23, 2025 in this matter.

2. Counsel for the Debtor respectfully requests that the hearing be conducted via Zoom for convenience and efficiency, as a virtual format would facilitate participation by all parties and conserve time and resources.

3. No party will be prejudiced by allowing the hearing to proceed via Zoom.

**WHEREFORE**, the Debtor, by and through undersigned counsel, respectfully requests that the Court permit appearance via Zoom at the reaffirmation hearing.

Respectfully Submitted,
Paul J. LaBelle & Associates, LLC

Paul J. LaBelle, Esquire