United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01928-MJC |
| Paige Alivia Buck | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 29, 2025 | Form ID: 318 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paige Alivia Buck, 318 Spruce Street, Moosic, PA 18507-1154 |
| 5725896 | | Capital One Bank, P.O. Box 31293 Salt Lake City, UT 84131 |
| 5725909 | + | Community Care, 100 North Academy Ave, Danville PA 17822-9800 |
| 5725912 | + | Geisinger Pharmacy, P.O.Box 788731, Philadelphia PA 19178-8731 |
| 5725914 | | Gregg Lawrence Morris c/o Synchrony, 200 Ansys Drive, Suite 402-B, Cannonsburg PA 15317 |
| 5725915 | + | Robert Louis Baroska III Esq, c.o Capital One, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 5725913 | + | Rubin & Rothman LLC c/o Citibank, 1787 Veterans Highway Suite 32, Islandia NY 11749-1500 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 29 2025 18:44:00 | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 29 2025 18:44:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 5725888 | + | EDI: WFNNB.COM | Dec 29 2025 23:43:00 | ADS/Comenity/Big Lots, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5725911 | + | Email/Text: erin.rummel@aeroflowinc.com | Dec 29 2025 18:44:00 | AeroFlow Healthcare, 3165 Sweeten Creek Rd, Asheville, NC 28803-2115 |
| 5725890 | + | EDI: PHINGENESIS | Dec 29 2025 23:43:00 | CB Indigo, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5725889 | + | EDI: CAPITALONE.COM | Dec 29 2025 23:43:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 5727112 | + | EDI: CITICORP | Dec 29 2025 23:43:00 | Citibank, 5800 South Corporate Place, Sioux Falls, South Dakota 57108-5027 |
| 5725951 | + | EDI: CITICORP | Dec 29 2025 23:43:00 | Citibank, 5800 South Corporate Place, Sioux Falls SD 57108, Citicards/CBNA, 5800 South Corporate Place, Sioux Falls SD 57108-5027 |
| 5727113 | + | EDI: CITICORP | Dec 29 2025 23:43:00 | Citicards/CBNA, 5800 South Corporate Place, Sioux Falls, South Dakota 57108-5027 |
| 5725897 | ^ | MEBN | Dec 29 2025 18:39:13 | Geisinger, 100 North Academy, Danville, PA 17822-0001 |
| 5725891 | + | EDI: CAPITALONE.COM | Dec 29 2025 23:43:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5725910 | | Email/Text: Bkynotices@lendingpoint.com | Dec 29 2025 18:44:00 | Lending Point LLC, 1201 Roberts Blvd NW STE |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 200, Kennesaw GA |
| 5725895 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2025 18:44:00 | PNC Bank, P.O. Box 5580, Cleveland, OH 44101 |
| 5725892 | | EDI: PRA.COM | Dec 29 2025 23:43:00 | Portfolio Recovery Associates, Riverside Commerce Center 120 Corporate, Norfolk, VA 23502 |
| 5725887 | + | EDI: SYNC | Dec 29 2025 23:43:00 | Synchrony Bank, P.O. Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5725886 | | Citibank, 5800 South Corporate Place, Sioux Falls, |
| 5725894 | | Citicards/CBNA, 5800 South Corporate Place, Sioux Falls, |
| 5727114 | *P++ | LENDINGPOINT, 1201 ROBERTS BLVD, SUITE 200, KENNESAW GA 30144-3612, address filed with court:, Lending Point LLC, 1201 Roberts Blvd, NW STE 200, Kennesaw GA, 30144 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul J. LaBelle | on behalf of Debtor 1 Paige Alivia Buck pjlesq@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: **Paige Alivia Buck** (First Name, Middle Name, Last Name) | | Social Security number or ITIN: xxx–xx–8678<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): First Name, Middle Name, Last Name | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:25-bk-01928-MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paige Alivia Buck

12/29/25

**By the court:**

*Mark J. Conway, United States Bankruptcy Judge*

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**